■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY REILLY, Appellant. [738 NYS2d 593] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered May 20, 1999, convicting him of assault in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to support the defendant's conviction of assault in the second degree. The People proved that the complainant lost consciousness and sustained a brain contusion, broken nose, concussion, and several facial lacerations, including one which required sutures and would leave a permanent scar. Upon admission to the hospital the complainant's condition was considered to be "life threatening." Accordingly,

there was sufficient evidence that the defendant caused serious physical injury (*see, People v Briggs,* 285 AD2d 514, *lv denied* 97 NY2d 679; *People v Bailey,* 275 AD2d 663; *People v Martinez,* 257 AD2d 667).

The defendant's remaining contention is without merit. Goldstein, J.P., Friedmann, McGinity and H. Miller, JJ., concur.